## 14100. JEMISON *et al. v.* CHAPPELL.

BLOODWORTH, J.   1. The city court of Newnan is a constitutional city court. *Welborne* v. *State,* 114 *Ga.* 793 (85 S. E. 1018); *Cone* v. *American Surety Co.,* 154 *Ga.* 841 (115 S. E. 481).

2. The court properly construed the contract attached to the petition in this case, and, as this is the only question for determination by this court, the judgment is *Affirmed.* Broyles, C. J., and Luke, J., concur.

DECIDED APRIL 11, 1923.

Complaint; from city court of Newnan — Judge Post. October 24, 1922.

*J. W. Darsey,* for plaintiffs in error.
*Ben F. McKnight,* contra.